FILED
CLERK, U.S. DISTRICT COURT
10/10/2025
CENTRAL DISTRICT OF CALIFORNIA
BY: ASI DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ED CR No. 5:25-cr-00332-FMO |
|---|---|
| Plaintiff, | **I N F O R M A T I O N** |
| v. | [8 U.S.C. § 1326(a): Illegal Alien Found in the United States Following Deportation] |
| CARLOS ABEL MEDRANO-AMAYA, | |
| Defendant. | |

The Acting United States Attorney charges:

[8 U.S.C. § 1326(a)]

On or about April 4, 2023, defendant CARLOS ABEL MEDRANO-AMAYA, an alien, who had been officially deported and removed from the United States on or about May 9, 2012, and November 20, 2014, was found in San Bernardino County, within the Central District of California, after knowingly and voluntarily re-entering and remaining in the United States without having obtained permission from the Attorney General or his designated

//

//

//

successor, the Secretary for Homeland Security, to reapply for admission to the United States following deportation and removal.

```
                              BILAL A. ESSAYLI
                              Acting United States Attorney

                              JOSEPH T. MCNALLY
                              Assistant United States Attorney
                              Acting Chief, Criminal Division


                              PETER DAHLQUIST
                              Assistant United States Attorney
                              Chief, Riverside Office

                              MILES ROBINSON
                              Assistant United States Attorney
                              Riverside Office
```